**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

---

Santiago H.,

   Plaintiff,

v.

Todd Blanche *Acting Attorney General*, Markwayne Mullin *Secretary, U.S. Department of Homeland Security*, Todd M. Lyons *Acting Director, St. Paul Field Office Immigration and Customs Enforcement*, David Easterwood *Acting Director, St. Paul Field Office Immigration and Customs Enforcemen*t, and Sheriff Joel Bross *Sheriff of Sherburne County Jail*,

   Defendants.

Case No. 26-CV-02454 (JMB/JFD)

**ORDER OF DISMISSAL**

---

This matter is before the Court on Plaintiff Santiago H.'s[1] and Defendants Todd Blanche's, Markwayne Mullins's, Todd Lyons's, David Easterwood's, and Joel Brott's Joint Stipulation for Dismissal. (Doc. No. 6.) Santiago H. wishes to dismiss their Petition for Writ of Habeas Corpus (Doc. No. 1) under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Therefore, IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus (Doc. No. 1) is DISMISSED WITHOUT PREJUDICE, and each party shall bear their own costs and attorneys' fees.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: May 8, 2026

        /s/ *Jeffrey M. Bryan*
        Judge Jeffrey M. Bryan
        United States District Court

---

[1] This District has adopted a policy of using only the first name and last initial of any nongovernmental parties in immigration cases.